IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:11-CV-526-FL

| Theresa Martin, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER |
| Michael J. Astrue, Commissioner of Social Security, | ) | |
| Defendant. | ) | |

Plaintiff, through counsel, has submitted a Motion for Voluntary Dismissal of her Complaint pursuant to Federal Rule of Civil Procedure 41(a)(2).

Plaintiff's motion is hereby GRANTED and this action is hereby DISMISSED.

So ORDERED.

This the 17th day of April, 2012.

/s/ Louise W. Flanagan
LOUISE W. FLANAGAN
United States District Judge

LOUISE W. FLANAGAN
United States District Judge